IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-133-MOC-DCK-1 *SEALED*

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| GREGORY ALAN KIRK, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Bill Of Indictment And Arrest Warrant" (Document No. 5) filed May 27, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the United States seeks an Order directing that the Bill of Indictment and the Arrest Warrant in this case be unsealed because the need to protect the secrecy of the investigation no longer exists. (Document No. 5).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal Bill Of Indictment And Arrest Warrant" (Document No. 5) is **GRANTED**. The Bill of Indictment and the Arrest Warrant shall be **UNSEALED**.

**IT IS FURTHER ORDERED** that the Clerk shall certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

**SO ORDERED**.   Signed: May 31, 2022

David C. Keesler
United States Magistrate Judge